Andres R. Juarez #1928551
GARZA EAST UNIT TDCJ
4304 Hwy 202
Beeville, Tx 78102

APRIL 5, 2015

FOURTH COURT OF APPEALS DISTRICT.

CLERK OF COURT : KEITH E. HOTTLE

RE: PRO-SE RESPONSE BRIEF

PURSUANT TO ANDERS V. CALIFORNIA

ABOVED SYLED AND NUMBERED

CAUSED, APPELLATE NO' 04-14-00370-CR

AND 04-14-00372-CR.

RESPECTED CLERK;

On March 30th, 2015 I sent a true and correct copy of appellants PRO-SE RESPONSE TO ANDERS V. CALIFORNIA BRIEF TO the FOURTH COURT OF APPEALS. This is my first time doing this and on an appeal I apologize for it being kinda Late, im writing to you Mr. Hottle if the court has recieved this pro-se reponse. Right now i don't have an attorney and was really hard to gather information for the pro-se response.

Sincerly;

Andres R. Juarez.

KEITH E. HOTTLE, CLERK

Keith E Hottle

2015 APR -8 PM 12: 06

FILED
IN THE COURT OF APP'L'Y
AT SAN ANTONIO, TX

USA
FOREVER
2014

Andres R. Juarez # 1928551
GARZA EAST UNIT
4304 Hwy 202
Beeville, Tx 78102

SAN ANTONIO TX 782
RIO GRANDE DISTRICT
06 APR 2015 PM 3 L

FOURTH COURT OF APPEALS
CLERK OF COURT KEITH HOTTLE
CADENA- REEVES JUSTICE CENTER
300 DOLOROSA SUITE 3200
San Antonio, Tx 78205

78205903799

LEGAL MAIL CORRESPONDANT!!

2015 APR -8 PH 12:06

IN THE COURT
AT SAN ANTONIO